RICHARD NELSON *versus* JOHN PICKERING, ELIZABETH PICKERING, AND SARAH PICKER-

ING.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Motion for appointment of guardian ad litem *p. 142; (2) guardian ad litem appointed *p. 143.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena; (4) affidavit of non-age; (5) answer; (6) master's report of evidence; (7) decree signed by Chancellor Farnsworth.

*Chancery Case* 227 of 1836.